**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000078
16-MAR-2026
08:17 AM
Dkt. 73 ODMR

NO. CAAP-24-0000078

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PACIFIC HAWAII FOOD SERVICE LLC, Plaintiff-Appellee, v.
JIN QUAN YANG, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-22-0000181)

ORDER
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon review of the March 8, 2026 *Motion to Reconsider* the March 2, 2026 Summary Disposition Order filed by Defendant-Appellant Jin Quan **Yang**, the papers in support, and the record, it appears that the motion presents no point of law or fact we overlooked or misapprehended. See Rule 40(b), Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion to Reconsider is denied.

DATED: Honolulu, Hawaiʻi, March 16, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge